# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH P. MOFFITT,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-1519 |
| v. | : | (JUDGE MANNION) |
| **TUNKHANNOCK AREA SCHOOL DISTRICT and the TUNKHANNOCK AREA SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

For the reasons stated in the memorandum issued this same day, it is **HEREBY ORDERED THAT** the defendants' motion for summary judgment, (Doc. 39), is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The defendants' motion for summary is granted with respect to claims arising in Counts II through VI of the amended complaint;

(2) The defendants' motion for summary is denied with respect to claims arising in Count I of the amended complaint.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 3, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1519-02-ORDER.wpd