# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH P. MOFFITT,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 3:13-1519** |
| v. | : | **(JUDGE MANNION)** |
| **TUNKHANNOCK AREA SCHOOL DISTRICT and the TUNKHANNOCK AREA SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS,** | : | |
| **Defendants.** | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion *in limine* to exclude any evidence regarding the plaintiff's two state court misdemeanor convictions for Driving Under the Influence ("DUI") in the respective matters of Commonwealth v. Moffitt, CP-66-CR-0000296-2010 (Wyoming Cnty. 2010), and Commonwealth v. Moffitt, CP-66-CR-0000231-2014 (Wyoming Cnty. 2014), **(Doc. 53)**, is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  April 1, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1519-03-ORDER.wpd