UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH P. MOFFITT,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:13-1519 |
| v. : | (JUDGE MANNION) |
| **TUNKHANNOCK AREA SCHOOL DISTRICT,** : | |
| : | |
| Defendant : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for attorneys' fees and costs, (Doc. 82), as supplemented by subsequent letters to the court, (Docs. 105, 106, 107, 108), is **GRANTED IN PART** in the amount of $79,467.03 as follows:

(1) The plaintiff is awarded $876.78 in costs;

(2) The plaintiff is awarded $11,625.00 for the attorney's fees of Theresa Moffitt, Esquire; and

(3) The plaintiff is awarded a total of $66,965.25 on behalf of Andrew Katsock, Esquire, with $66,637.50 awarded to compensate attorney's fees and $327.75 awarded to compensate Attorney Katsock's work at a lesser, paralegal rate.

Having also reviewed the parties submissions regarding back pay, prejudgment interest, and a negative tax implication award, (Docs. 80, 81, 104), **IT IS FURTHER ORDERED THAT** the plaintiff is awarded post-tax, back pay in the amount of $20,221.48 and pre-tax, prejudgment interest in the

amount of $3,443.61. The plaintiff's request for an additional award due to an increased tax burden is denied. The clerk shall enter judgment against defendants as specified above.

s/ *Malachy E. Mannion*<br>**MALACHY E. MANNION**<br>**United States District Judge**

**DATED: January 20, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1519-05-ORDER.wpd